IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIM. ACT. NO. 1:22-cr-209-TFM-B |
| | ) |
| TARIANO DIMITRI HILL, | ) |

### ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

On December 20, 2022, Defendant Tariano Dimitri Hill, by consent, appeared before the Magistrate Judge and entered a plea of guilty to Count One of the Indictment (Doc. 1) charging a violation of Title 18, United States Code, Section 1343, Wire Fraud. *See* Docs. 29, 30. The Magistrate Judge entered a Report and Recommendation wherein she recommends the plea of guilty be accepted. *See* Doc. 31. No objections were filed, and the time frame has passed.

Accordingly, the Report and Recommendation is adopted as the opinion of the Court. The plea of guilty of Defendant to Count 1 of the Indictment is accepted, and Defendant is adjudged guilty of the offense. The Defendant will remain in custody pending rulings on his motions for release (Docs. 24, 27, 28) which remain before the Magistrate Judge.

A sentencing hearing has been scheduled for **March 23, 2023 at 11:30 a.m.** under separate Order. *See* Doc. 30.

**DONE** and **ORDERED** this 4th day of January, 2023.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE